IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL EUGENE THRASH,
        Petitioner,
   v.                             **Judgment in a Civil Case**
GEORGE KENWORTHY,
        Respondent.              Case Number: 5:11-HC-2206-F

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for an initial review pursuant to Rule 4 of the Rules Governing § 2254 cases in the United States District Court.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice to allow petitioner to seek authorization to file this application.

This Judgment Filed and Entered on January 19, 2012, with service on:
Michael Eugene Thrash 0408034, Tabor Correctional Institution, P.O. Box 730, Tabor City, NC 28463 (via U.S. Mail)

January 19, 2012                                       /s/ Dennis P. Iavarone
                                                            Clerk